USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2026

# MORTON S. MINSLEY

**Attorney at Law**

### Admitted in both New York and New Jersey

101 Lafayette Street, 10th Floor, New York, New York 10013

Phone: 212-346-0849          Fax: 212-766-9798          E-Mail: Minsleylaw@me.com

February 5, 2026

**<u>Via ECF</u>**

Hon. Mary Kay Vyskocil
United States District Judge
US District Court, SDNY
500 Pearl Street, Courtroom 105
New York, NY 10007

Re:    Luigi Girotto v. Allouche Gallery Inc, et al.
       US Dist. Ct., SDNY, Docket No. 1:24 cv. 009597 (MKV)

Dear Judge Vyskocil:

I represent the Defendants in this matter. In this matter, per ECF 58, I have not heard from Plaintiff's counsel whether Plaintiff consents to dismissal of this matter as moot since the premises no longer operate as an Art Gallery which was the subject of Plaintiff's complaint. I would therefore request an additional two weeks to confer with Plaintiff to determine whether Plaintiff intends to move forward with this action and whether it will be necessary to file a motion to dismiss.

Thanking your Honor for your consideration, I am,

Respectfully,

Morton S. Minsley

MSM: mm
cc.:   Bradley Weitz, Esq.  Attorney for Plaintiff (VIA ECF)

---

This request is untimely. Defendants are admonished to review this Court's Individual Rules of Practice. Defendants are reminded that failure to comply with this Court's Individual Practice Rules may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence. Nevertheless, Defendants' request is HEREBY GRANTED *nunc pro tunc*. Further untimely requests for extensions will not be granted, absent extraordinary and unforeseen circumstances.

SO ORDERED.       Date: 2/6/2026
                  New York, New York              Mary Kay Vyskocil
                                                  United States District Judge