Docusign Envelope ID: E5D387C1-0859-856B-8056-D951552F9D3B

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2026

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern **District of** New York

Luigi Girotto
Plaintiff (s),
V.
Allouche Gallery, Inc. et al.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 1:24-cv-09597-MKV

Notice is hereby given that, subject to approval by the court, Defendant Soho 77 Corporation (Party (s) Name) substitutes Benjamin E. Stockman (Name of New Attorney), State Bar No. 4486577 as counsel of record in place of Angela M. Objay-Stenroos, Morton Seth Minsley and Joseph Dimitrov (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Paduano & Weintraub LLP
Address: 1251 Avenue of the Americas, Ninth Floor, New York, NY 10020
Telephone: (212) 785-9100 Facsimile (212) 785-9099
E-Mail (Optional): bs@pwlawyers.com

I consent to the above substitution.
Date: 9/21/2026

Signed by: Derek Danton
741D5E1CC0D549F...
Derek Danton
(Signature of Party (s))

I consent to being substituted.
Date: 9/22/2026

Angela M. Stenroos, Litchfield Cavo LLP
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/25/26

Benjamin E. Stockman/ MKS
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: September 30, 2026

Mary Kay Vyskocil
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**